## (June 17, 1970)

■ In the Matter of ALEX J. NIRENBERG, Respondent, v. FRANCIS J. VOGT et al., Respondents, and HARRY S. HOFFMAN, JR., as Chairman of the Conservative Party of Ulster County, Appellant.— MEMORANDUM BY THE COURT. Judgment invalidating petition and authorization designating Francis J. Vogt as candidate for nomination by the Conservative Party for the office of District Attorney of Ulster County reversed, on the law and the facts, and petition dismissed, without costs. The validity of the proxies not having been questioned, we find that the designation was duly authorized at a meeting of the County Committee of the Conservative Party. Where the rules of the committee, as here, permit members to vote by proxy, they may do so, and designations made on votes so cast are valid. Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by the court.

## (June 23, 1970)

■ MICHAEL J. ORISINI et al., Respondents, v. NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent, and EMPIRE MUTUAL INSURANCE COMPANY, Appellant, et al., Defendant.— Motion to dismiss appeal from order entered August 15, 1969 denied, without costs. An order denying rehearing or reconsideration is appealable (*Buy-Rite Equip. Corp.* v. *Hirsch*, 28 A D 2d 1006, app. dsmd. 23 N Y 2d 965). Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.